UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| RUPERT PERRY, | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 3:22-cv-00286-MMH- |
| | § | MCR |
| NATIONAL CREDIT ADJUSTERS, | § | |
| LLC, and LEE TYLER REMPEL, | § | |
|    *Defendants.* | § | |

---

## DEFENDANTS NATIONAL CREDIT ADJUSTERS, LLC AND TYLER REMPEL'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants NATIONAL CREDIT ADJUSTERS, LLC ("NCA") and LEE TYLER REMPEL ("Rempel") and files their Answer to Plaintiff's Complaint and Jury Trial Demand as follows:

### PRELIMINARY STATEMENT

1.       Defendants admit that Plaintiff Rupert Perry ("Plaintiff") brings this action under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §1961, et. seq. ("RICO"), the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq. ("FDCPA"), the Florida Civil Remedies for Criminal Practices Act, Florida Statutes § 772.101, et. seq. ("CRCPA"), and the Florida

Consumer Collection Practices Act, Florida Statutes § 559.55, et. seq. ("FCCPA"). the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"). Defendants denies that any statutory violations or unlawful conduct occurred.

## JURISDICTION AND VENUE

2.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 2; therefore, they deny the same.

3.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 3; therefore, they deny the same

4.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 4; therefore, they deny the same.

5.     Defendants deny that any statutory violations or unlawful conduct occurred. Defendants lack knowledge or information sufficient to form a belief about the truth of the remainder of the allegations of Paragraph 5; therefore, they deny the same.

## PARTIES

6.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 6; therefore, they deny the same

7.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 7; therefore, they deny the same.

8.     Defendant admits Paragraph 8.

9.     Defendants admit Paragraph 9.

10.    Defendants admit Paragraph 9.

11.    Defendants admit Paragraph 10.

12.    Defendants admit Rempel is involved in the creation and implementation of Defendant NCA's policies and procedures. Defendants deny the remaining allegations of Paragraph 11.

13.    Defendants deny Paragraph 12.

14.    Defendants deny Paragraph 13.

15.    Defendant NCA admits that at times it uses an instrumentality of commerce, including the U.S. mail and/or telephone and that it at times engages in the business of collecting debts owed to others. Defendants lack knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 14; therefore, they deny the same.

16.    Defendants admit Paragraph 15.

## FACTUAL ALLEGATIONS

### Rise and Continental Make Illegal Loans to Mr. Perry

17.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 17; therefore, they deny the same.

18.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 18; therefore, they deny the same.

19.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 19; therefore, they deny the same.

20.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 20; therefore, they deny the same.

21.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 21; therefore, they deny the same.

22.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 22; therefore, they deny the same.

23.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 23; therefore, they deny the same.

24.    Paragraph 24 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

25.    Paragraph 25 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

26.    Paragraph 26 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

—

27.    Paragraph 27 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

28.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 28; therefore, they deny the same.

29.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 29; therefore, they deny the same.

30.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 30; therefore, they deny the same.

31.    Paragraph 31 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

32.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 32; therefore, they deny the same.

33.    Paragraph 33 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

34.    Paragraph 34 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

35.    Paragraph 35 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

## Rise Engages in Rent-a-Bank Scheme with FinWise

36.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 36; therefore, they deny the same.

37.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 37; therefore, they deny the same.

38.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 38; therefore, they deny the same.

39.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 39; therefore, they deny the same.

40.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 40; therefore, they deny the same.

41.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 41; therefore, they deny the same.

42.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 42; therefore, they deny the same.

43.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 43; therefore, they deny the same.

44.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 44; therefore, they deny the same.

45.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 45; therefore, they deny the same.

46.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 46; therefore, they deny the same.

47.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 47; therefore, they deny the same.

48.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 48; therefore, they deny the same.

49.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 49; therefore, they deny the same.

50.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 50; therefore, they deny the same.

51.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 51; therefore, they deny the same.

52.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 52; therefore, they deny the same.

53.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 53; therefore, they deny the same.

54.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 54; therefore, they deny the same.

55.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 55; therefore, they deny the same.

56.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 56; therefore, they deny the same.

57.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 57; therefore, they deny the same.

58.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 58; therefore, they deny the same.

59.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 59; therefore, they deny the same.

60.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 60; therefore, they deny the same.

61.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 61; therefore, they deny the same.

62.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 62; therefore, they deny the same.

63.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 63; therefore, they deny the same.

64.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 64; therefore, they deny the same.

65.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 65; therefore, they deny the same.

66.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 66; therefore, they deny the same.

67.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 67; therefore, they deny the same.

68.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 68; therefore, they deny the same.

69.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 69; therefore, they deny the same.

70.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 70; therefore, they deny the same.

71.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 71; therefore, they deny the same.

72.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 72; therefore, they deny the same.

73.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 73; therefore, they deny the same.

## Continental's Rent-a-Bank Scheme with Celtic Bank

74.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 74; therefore, they deny the same.

75.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 75; therefore, they deny the same.

76.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 76; therefore, they deny the same.

77.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 77; therefore, they deny the same.

78.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 78; therefore, they deny the same.

79.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 79; therefore, they deny the same.

80.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 80; therefore, they deny the same.

81.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 81; therefore, they deny the same.

82.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 82; therefore, they deny the same.

83.     Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 83; therefore, they deny the same.

84.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 84; therefore, they deny the same.

85.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 85; therefore, they deny the same.

86.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 86; therefore, they deny the same.

87.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 87; therefore, they deny the same.

88.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 88; therefore, they deny the same.

89.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 89; therefore, they deny the same.

90.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 90; therefore, they deny the same.

91.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 91; therefore, they deny the same.

92.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 92; therefore, they deny the same.

## **NCA Attempts to Collect Usurious Loans from Mr. Perry**

93.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 93; therefore, they deny the same.

94.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 94; therefore, they deny the same.

95.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 95; therefore, they deny the same.

96.    Defendants admit that Defendant NCA purchased a debt owed by Plaintiff to FinWise Bank c/o RISE around December 2020. Defendants lack knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 96 therefore, they deny the same.

97.    Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 97; therefore, they deny the same.

98.    Defendants admit that Defendant NCA purchased a debt owed by Plaintiff to Celtic Bank / Surge Mastercard. Defendants lack knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 98 therefore, they deny the same.

99.    Defendants admit that Defendant NCA mailed letters to Plaintiff. Defendants lack knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 99 therefore, they deny the same.

100.   Plaintiff's Exhibits D & E speaks for themselves. To the extent that the allegations contained within Paragraph 100 are inconsistent with Plaintiff's Exhibits D & E, those allegations are denied.

101.   Paragraph 101 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

102.   Defendants admit that Defendant NCA credit reported the debts as owing in the amounts of $6,229 and $1,183. The remainder of Paragraph 102 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

103.   Defendants admit Paragraph 103.

104.   Plaintiff's Exhibit E speaks for itself. To the extent that the allegations contained within Paragraph 104 are inconsistent with Plaintiff's Exhibit E, those allegations are denied.

105.   Defendants deny Paragraph 105.

106.   Defendants deny Paragraph 106.

107.   Defendants deny Paragraph 107.

108.   Defendant NCA admits that at times it acts as a debt buyer, and that it does interact with lawyers in the course of conducting its business. Defendants lack knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 108; therefore, they deny the same.

109.   Defendants deny Paragraph 109.

110.   Defendants admit that Defendant NCA was involved in a suit in 2012 with the State of Arkansas, which was resolved via a consent judgement.

Defendants deny the characterization and substance of the remainder of Paragraph 110.

111. Defendants deny Paragraph 111.

112. Defendants admit that they were provided loan documents upon the purchase of the debts. Defendants lack knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 112 therefore, they deny the same.

113. Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 113; therefore, they deny the same.

114. Defendants deny Paragraph 114.

115. Defendants deny Paragraph 115.

116. Defendants deny Paragraph 116.

117. Defendants deny Paragraph 117.

118. Defendants deny Paragraph 118.

119. Paragraph 119 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

120. Defendants lack knowledge or information sufficient to form a belief about the truth of Paragraph 120; therefore, they deny the same.

## COUNT I
## VIOLATIONS OF THE FDCPA
### 15 U.S.C. § 1692e

121.  Defendants repeat and reallege the preceding paragraphs as though fully restated herein.

122.  Defendants deny Paragraph 122.

123.  Defendants deny Paragraph 123.

124.  Paragraph 124 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

125.  Defendants deny Paragraph 125.

### PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any damages or the relief requested against them.

## COUNT II
## VIOLATIONS OF THE FDCPA
### 15 U.S.C. § 1692e(10)

126.  Defendants repeat and reallege the preceding paragraphs as though fully restated herein.

127.  Defendants deny Paragraph 127.

128.  Defendants deny Paragraph 128.

129.   Paragraph 129 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

130.   Defendants deny Paragraph 130.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any damages or the relief requested against them.

## COUNT III
## VIOLATIONS OF THE FDCPA
## 15 U.S.C. § 1692e(2)(a)

131.   Defendants repeat and reallege the preceding paragraphs as though fully restated herein.

132.   Defendants deny Paragraph 132.

133.   Defendants deny Paragraph 133.

134.   Paragraph 134 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

135.   Defendants deny Paragraph 135.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any damages or the relief requested against them.

## COUNT IV
## VIOLATIONS OF THE FDCPA
## 15 U.S.C. § 1692e(8)

136.   Defendants repeat and reallege the preceding paragraphs as though fully restated herein.

137.   Defendants deny Paragraph 137.

138.   Defendants deny Paragraph 138.

139.   Defendants deny Paragraph 139.

140.   Paragraph 140 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

141.   Defendants deny Paragraph 141.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any damages or the relief requested against them.

## COUNT V
## VIOLATIONS OF THE FDCPA
## 15 U.S.C. § 1692f(1)

142.   Defendants repeat and reallege the preceding paragraphs as though fully restated herein.

143.   Defendants deny Paragraph 143.

144.   Defendants deny Paragraph 144.

145.   Paragraph 145 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

146.   Defendants deny Paragraph 146.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any damages or the relief requested against them.

## COUNT VI
## VIOLATIONS OF THE FDCPA
## 15 U.S.C. § 1692g(1)

147.   Defendants repeat and reallege the preceding paragraphs as though fully restated herein.

148.   Defendants deny Paragraph 148.

149.   Defendants deny Paragraph 149.

150.   Paragraph 150 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

151.   Defendants deny Paragraph 151.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any damages or the relief requested against them.

## COUNT VII
## VIOLATIONS OF THE FCCPA
## FLA. STAT. 559.72(9)

152.   Defendants repeat and reallege the preceding paragraphs as though fully restated herein.

153.   Defendants deny Paragraph 153.

154.   Defendants deny Paragraph 159.

155.   Defendants deny Paragraph 160.

156.   Paragraph 161 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any damages or the relief requested against them.

## COUNT VIII
## VIOLATIONS OF THE CRCPA
## FLA. STAT. § 772.103(3)

157.   Defendants repeat and reallege the preceding paragraphs as though fully restated herein.

158.   Defendants deny Paragraph 158.

159.   Defendants deny Paragraph 159.

160.   Defendants deny Paragraph 160.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any damages or the relief requested against them.

## COUNT IX
## VIOLATIONS OF RICO
### 18 U.S.C. § 1962(c)

161.   Defendants repeat and reallege the preceding paragraphs as though fully restated herein.

162.   Paragraph 162 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

163.   Paragraph 163 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

164.   Defendant NCA admits that at times it uses internet, telephone and mail in its business, including calls and credit reporting. Defendants lack knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 164; therefore, they deny the same.

165.   Defendants deny Paragraph 165.

166.   Defendants deny Paragraph 166.

167.   Defendants deny Paragraph 167.

168. Paragraph 168 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

169. Defendants deny Paragraph 169.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any damages or the relief requested against them.

## COUNT X
## VIOLATIONS OF RICO
## 18 U.S.C. § 1962(d)

170. Defendants repeat and reallege the preceding paragraphs as though fully restated herein.

171. Paragraph 171 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

172. Defendant NCA admits that at times it uses internet, telephone and mail in its business, including calls and credit reporting. Defendants lack knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 172; therefore, they deny the same.

173. Defendants deny Paragraph 173.

174. Defendants deny Paragraph 174.

175. Defendants deny Paragraph 175.

176.   Paragraph 176 states legal conclusions to which no response is required. To the extent that a response is required, Defendants deny each and every remaining allegation.

177.   Defendants deny Paragraph 177.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any damages or the relief requested against them.

## DEMAND FOR JURY TRIAL

Defendants admit that Plaintiff requests a jury trial.

## AFFIRMATIVE DEFENSES

1.   Plaintiff's damages, if any, are the result of the actions of third parties over whom Defendants have no control.

2.   Plaintiff's damages, if any, were pre-existing damages not caused by Defendants.

3.   Plaintiff has failed to mitigate damages, if any.

4.   Plaintiff proximately caused his own damages, if any.

5.   Defendants reserve the right to amend their answer and affirmative defenses herein by adding additional parties, affirmative defenses, counterclaims, cross-claims, and/or third-party claims, as additional investigation, discovery or circumstances warrant.

WHEREFORE, Defendants, NATIONAL CREDIT ADJUSTERS, LLC ("NCA") and LEE TYLER REMPEL ("Rempel"), respectfully request this Honorable Court enter judgment in their favor, dismissing Plaintiff's Complaint and any and all other relief, at law or in equity, as the Court deems is just and equitable.

Dated: May 25, 2022                     Respectfully submitted,

**MALONE FROST MARTIN PLLC**

*/s/ Chelsey R. Pankratz*
CHELSEY R. PANKRATZ
FL State Bar No. 120912
Email: cpankratz@mamlaw.com
**MALONE FROST MARTIN PLLC**
301 W. Bay Street, Suite 14147
Jacksonville, FL, US 32202
T: 214-346-2630 | F: 214-346-2631
*Counsel for Defendants National Credit Adjusters, LLC and Lee Tyler Rempel*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system to all parties entitled to notice of the same on this 25th day of May 2022.

*/s/ Chelsey R. Pankratz*
CHELSEY R. PANKRATZ