UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RUPERT PERRY,

    Plaintiff,

v.                                          Case No.  3:22-cv-286-MMH-MCR

NATIONAL CREDIT ADJUSTERS,
LLC, and LEE TYLER REMPEL,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte. On October 5, 2022, the Court entered an Order administratively closing this case pending further Order of the Court. See Order (Dkt. No. 18; Order). The Court also provided that the parties shall have until December 5, 2022, to file a joint stipulation of dismissal or other appropriate documents to close out this file. See id. The Court noted that, if the parties did not file settlement pleadings or a request for additional time by December 5, 2022, this case would automatically be deemed to be dismissed without prejudice. See id. As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of December, 2022.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record